UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1817
_____

UNITED STATES OF AMERICA

v.

WILLIAM E. BARONI, JR.,
                              Appellant

_____

No. 17-1818
_____

UNITED STATES OF AMERICA

v.

BRIDGET ANNE KELLY,
                              Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 2-15-cr-00193-001 and 2-15-cr-00193-002)
District Judge: Honorable Susan D. Wigenton

_____

Before: AMBRO, SCIRICA, and SILER, JR.✦, *Circuit Judges*.

_____

JUDGMENT ORDER

_____

---

✦ Honorable Eugene E. Siler, Jr., United States Court of Appeals for the Sixth Circuit, sitting by designation.

By opinion and judgment entered on November 27, 2018, this Court affirmed Appellants' convictions on Counts 1 through 7 and reversed the convictions on Counts 8 and 9.  Appellant Bridget Kelly filed a petition for writ of certiorari with the U.S. Supreme Court, which was granted.  Appellant William Baroni joined in the briefing before the Supreme Court.  On May 15, 2020 the Supreme Court reversed the judgment of this Court and remanded for further proceedings.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgments of the District Court entered March 31, 2017, be, and the same are, hereby VACATED and the matters are REMANDED to the District Court with instruction to vacate the judgments and dismiss the indictments in accordance with the opinion of the U.S. Supreme Court.  The Clerk is directed to issue the mandate immediately.

BY THE COURT:


s/ Anthony J. Scirica
Circuit Judge

Dated: June 10, 2020